

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00583-CR

| | | |
|---|---|---|
| Joshua R. King | § | From the 432nd District Court |
| | § | of Tarrant County (1332126R) |
| v. | § | July 17, 2014 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Terrie Livingston_____
Chief Justice Terrie Livingston